FILED  
United States Court of Appeals  
Tenth Circuit

November 1, 2022

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

STATE OF OKLAHOMA, EX REL.
JOHN M. O'CONNOR, Attorney General
of Oklahoma,

    Plaintiff - Appellee,

v.

MCKESSON CORPORATION,

    Defendant - Appellant.

No. 20-7059
(D.C. No. 6:20-CV-00172-RAW)
(E.D. Okla.)

---

## ORDER

---

Before **MATHESON**, **PHILLIPS**, and **CARSON**, Circuit Judges.

---

The stipulation filed by the parties to dismiss the captioned appeal is granted. *See* Fed. R. App. P. 42(b). Each party shall bear its own costs.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk