UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

November 01, 2022

Mr. Jeffrey J. Angelovich
Ms. Lisa P. Baldwin
Mr. Bradley E. Beckworth
Mr. Trey Duck
Mr. Nathan Hall
Mr. Andrew G. Pate
Nix Patterson
8701 Bee Cave Road, Building 1, Suite 500
Austin, TX 78746

Mr. Tillman J. Breckenridge
Breckenridge Law
1325 G Street, NW, Suite 500
Washington, DC 20005

Mr. Jon Edward Brightmire
Ms. Kaylee Davis-Maddy
Mr. Stuart D. Campbell
Doerner, Saunders, Daniel & Anderson
2 West Second Street, Suite 700
Tulsa, OK 74103-3117

Ms. Beth Brinkmann
Mr. Timothy Channing Hester
Covington & Burling
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956

Mr. Michael Burrage
Ms. Randa K. Reeves
Mr. Reggie N. Whitten
Whitten Burrage
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102


Ms. Charlotte Abigail Dillsaver
Paycom
7501 West Memorial Road
Oklahoma City, OK 73142

Ms. Bonnie Hackler
United States District Court for the Eastern District of Oklahoma
Office of the Clerk
100 North 5th Street
P.O. Box 607
Muskogee, OK 74401

Mr. Michael J. Hunter
Mr. John M. O'Connor
Office of the Attorney General for the State of Oklahoma
Litigation Department
313 NE 21st Street
Oklahoma City, OK 73105

Mr. Raymond Lu
Covington & Burling
1999 Avenue of the Stars
Los Angeles, CA 90067


RE:   20-7059, O'Connor v. McKesson Corporation
      Dist/Ag docket: 6:20-CV-00172-RAW

Dear Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

                                        Sincerely,

                                        Christopher M. Wolpert
                                        Clerk of Court


CMW/djd